LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN
———
MEREDITH S. HELLER

OF COUNSEL
ROBERT M. SILVERSTEIN

245 FIFTH AVENUE
SUITE 1900
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com
msheller18@earthlink.net

March 13, 2009

Honorable Barbara S. Jones
United States District Court Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/09
```

      **Re: United States v. Igor Yusupov**
        **09 Cr 206 (BSJ)**

Dear Judge Jones:

I write regarding Igor Yusupov.

On January 22, 2009 I was assigned, pursuant to the Criminal Justice Act, to represent Mr. Yusupov, who had been arrested on a complaint, 09 MG 176.

Yesterday, James Froccaro, Esq., as retained counsel, entered a notice of appearance for Mr. Yusupov.

I mailed the entire contents of my file to Mr. Froccaro yesterday, and I am available to him to answer any questions regarding this case.

I write now to request that your Honor order me relieved of my representation of Mr. Yusupov.

If your Honor prefers, I will appear at the initial conference you have scheduled for March 17, 2009 at 10 a.m.

Very truly yours,

/s/ Avrom Robin

AVROM ROBIN

Cc: A.U.S.A. Michael English (via email)
   James Froccaro, Esq.    (via fax)

*Handwritten order:* Application granted. Avrom Robin is hereby relieved ~~as~~ as counsel and no longer represents Igor Yusupov. So ordered: Barbara S. J., U.S.D.J. 3/17/09