```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
UNITED STATES OF AMERICA           :   GOVERNMENT'S FORFEITURE
                                   :   BILL OF PARTICULARS
        -v-                        :
                                   :   09 Cr. 206 (BSJ)
IGOR YUSUPOV,                      :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of the Indictment, as alleged in the Forfeiture Allegation, includes but is not limited to a 2005 Maserati 128, bearing Vehicle Identification Number ZAMBC38A150014913, seized on or about January 21, 2009.

Dated:   New York, New York
         August 5, 2009

                            Respectfully Submitted,

                            LEV L. DASSIN
                            Acting United States Attorney

                       By:_____/s/_____
                            MICHAEL Q. ENGLISH
                            Assistant United States Attorney
                            Telephone: (212)637-2594