UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| - v. - | : | S1 09 Cr. 206 (BSJ) |
| IGOR YUSUPOV, | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

On or about October 21, 2008, in the Southern District of New York and elsewhere, IGOR YUSUPOV, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, a robbery of a jeweler at the Best Western Hotel on 39th Avenue in Queens, New York, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, a .38 caliber Smith & Wesson revolver.

(Title 18, United States Code, Sections
924(c)(1)(A)(i) and 2.)

_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/10

\* Filed Waiver of Indictment + Information.

1-14-10

Deft. pres. with atty James Froccaro
AUSA Ms Masella  Court Reporter Pres.
Interpreter pres/(not) pres. Deft. withdraws plea of not guilty & enters a plea of guilty to count(s) #1 . PSI Ordered. Sentence set for 4-23-10 @ 10:00
Bail Deft. cont. Detained.
Mag. Judge Maas recommends Judge Jones accept the guilty plea.

Maas
U.S.M.J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IGOR YUSUPOV,

Defendant.

INFORMATION

S1 09 Cr. 206 (BSJ)

(18 U.S.C. § 924(c)(1)(A)(i).)